UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **UNITED SHIELDS CORPORATION,** | : | Case No. C-1-01-267 |
| | : | |
| **Plaintiff,** | : | |
| | : | Judge Beckwith |
| v. | : | (Magistrate Judge Hogan) |
| | : | |
| **HENRY A. KIRCHNER, et al.,** | : | AGREED ORDER DISMISSING CASE |
| | : | WITH PREJUDICE |
| **Defendants.** | : | |

The Court being advised that the claims of all parties have been settled, it is hereby ordered that all claims and counter-claims in the above captioned case are hereby dismissed with prejudice. Each party to assume its own costs.

So Ordered,


Date:_____            s/Sandra S. Beckwith
                                  Sandra S. Beckwith
                                  United States District Judge

Agreed To:


*Per Telephone Authorization*              /s/ Jeffery P. Hinebaugh
Phillip J. Smith, Esq. (0062942)           Jeffrey P. Hinebaugh, Esq. (005899)
Vorys, Sater, Seymour & Pease, LLP         Dinsmore & Shohl, LLP
221 East Fourth Street                     1900 Chemed Center
Suite 2100, Atrium Two                     255 East Fifth Street
Cincinnati, Ohio 45202                     Cincinnati, Ohio 45202
(513) 723-4074                             (513) 977-8200

Attorney for Defendant                     Attorney for Plaintiff
The Kirchner Defendants                    United Shields Corporation

and

| | |
|---|---|
| *Per Telephone Authorization* | *Per Telephone Authorization* |
| Robert J. D'Anniballe, Jr., Esq. (0003585) | W. Evan Price, II, Esq. (0056134) |
| Pietragallo Bosick & Gordon | Arter & Hadden LLP |
| 3173 Main Street | One Columbus |
| Weirton, West Virginia 26062 | 10 West Broad Street, Suite 2100 |
| (304) 748-7400 | Columbus, Ohio 43215-3422 |
| | (614) 221-3155 |
| Attorney for Defendant | |
| Michael Moylan | Attorney for Defendant |
| | Vernon A. Martin Realty, Inc. |

"WTXDocID" \* MERGEFORMAT 945645v1